Sarah J. Crouch, Esq/SC 1174
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorneys for the Debtor

------------------------------------x
In Re:                              United States Bankruptcy Court
                                    District of New Jersey

                                    **Chapter 13**

                                    Case No.: 19-11004-MBK
JEROME JONES
SHERLENE JONES

Debtor
------------------------------------x

    CERTIFICATION IN RESPONSE TO OBJECTION TO CONFIRMATION

I, Sherlene Jones,

the Debtor in the above-captioned case do hereby certify as follows:

    1.    I filed for Chapter 13 bankruptcy relief on January 16, 2018.

    2.    The Chapter 13 Trustee has objected to several of my expenses as listed on Schedules I & J.  Today, I have filed amended schedules I & J to reflect the corrected income, including my updated tax refund under the new tax law.

    3.    The expenses as listed are necessary.

    4.    I commute into New York City every day.  My monthly bus pass is $235.00, my monthly MTA card is $117.00 a month.  On gas and tolls for my husband and I spend about $270.00 a month.  These

transportation expenses are necessary for us to get to work and earn an income.

5. My Cable, Internet and phone expense can be broken down specifically as follows: Basic Cable - $155.00, Internet - $80.00 and Cell phone Bill is $380.00. The cell phone bill is high because I have to use AT&T due to my mother living in the Virgin Islands. If I used any other service they would charge roaming and international fees for those calls, which would far out-cost this plan.

6. I have attached the statements supporting my car insurance expenses and my car loan expense. Again, we need our cars in order to get to work.

7. Our lunch expense, of $300.00 a month, at work is divided between two people. That means the at work lunch expense breaks down to about $38.00 per week per person. This is certainly not excessive. It amounts to about $8.00 per day per person.

8. I am paying the student loan bill each month. Please find attached the proof of the payment.

9. Wherefore, I respectfully request that my Chapter 13 plan be confirmed as proposed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:

_____
Sherlene Jones
Debtor