Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–11004–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerome Jones
35 Bernath Street
Carteret, NJ 07008

Sherlene Jones
35 Bernath Street
Carteret, NJ 07008

Social Security No.:
  xxx–xx–7290                                               xxx–xx–6295

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on January 16, 2019 and a confirmation hearing on such Plan has been scheduled for April 23, 2019.

The debtor filed a Modified Plan on April 1, 2019 and a confirmation hearing on the Modified Plan is scheduled for May 14, 2019 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 3, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-11004-MBK
Jerome Jones                                                    Chapter 13
Sherlene Jones
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 03, 2019
                              Form ID: 186             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db/jdb         +Jerome Jones,    Sherlene Jones,    35 Bernath Street,    Carteret, NJ 07008-1654
517972861      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517972864      +Central Credit Services LLC,    9550 Regency Square Blvd,    Suite 500A,
                Jacksonville, FL 32225-8169
518059688      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,     Boca Raton, FL 33487-2853
517972865      +Chase Card Services/Amazon,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
518140504      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517972866      +Citimortgage,    Attn: Centralized Bankruptcy,    Po Box 9438,    Gettsburg, MD 20898-9438
518068162       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
518142887       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
517972872      +EZ Pass Violation Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517972867      +Eastern Dental of Woodbridge,    1030 St. Georges Avenue,    Avenel, NJ 07001-1327
517972869      +Emergency Phy Assoc of North Jersey PC,    1 Riverview Plaza,    Red Bank, NJ 07701-1864
518053234       Emergency Physician Associate North Jersey,    PO Box 1123,    Minneapolis MN 55440-1123
517972873      +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
                Trenton, NJ 08625-0548
517972874      +Lab Corp Holdings,    Laboratory Corp of America Holdings,    PO Box 2240,
                Burlington, NC 27216-2240
517972875      +Linebarger Goggan Blair & Sampson LLP,    Attorneys At Law,    61 Broadway, Suite 2600,
                New York, NY 10006-2840
517972876      +Macys/Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517972882      +Pep Boys/Car Care/Syncb,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517972883      +Port Authority of NY and NJ,    Violations Processing Center,    PO Box 15186,
                Albany, NY 12212-5186
517972884      +Professional Account Management LLC,    PO Box 1642,    Milwaukee, WI 53201-1642
517972885      +Radadvantage/CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy  Ste 200,
                Brea, CA 92821-6753
517972886      +Radius Global Solutions,    50 W Skippack Pike,    Ambler, PA 19002-5151
517972887      +Radius Global Solutions,    PO Box 390916,    Minneapolis, MN 55439-0911
517972888      +Rahway Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
517972889      +Remix,   307 Wall Street,    Princeton, NJ 08540-1515
517972891      +TD Bank,    c/o Financial & Retail Services,    PO Box 9475,    Minneapolis, MN 55440-9475
517972892      +The Home Depot/Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
517972893      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                Minneapolis, MN 55440-9475
517972894      +Universal Radiology Group PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
518040666       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
517972895      +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:13      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517972860      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:55      Amazon/Synchrony Bank,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518134075       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 23:46:14
                Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517972862      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2019 23:41:38
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1873
518066261      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 03 2019 23:41:38
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
517972863      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 23:46:45      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518044996      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2019 23:46:17
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517972868      +E-mail/Text: egssupportservices@alorica.com Apr 03 2019 23:41:24      EGS Financial Care Inc,
                PO Box 1020,    Department 806,    Horsham, PA 19044-8020
517972870      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:18      Evine / Synchrony Bank,
                PO Box 960009,    Orlando, FL 32896-0009
517972871      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:46:34      Evine/Shop NBC/Synchrony Bank,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518030904       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 23:46:55      LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587
517972877      +E-mail/Text: ext_ebn_inbox@navyfederal.org Apr 03 2019 23:42:08      Navy FCU,
                Attn: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2019
                              Form ID: 186             Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517972878       +E-mail/Text: ext_ebn_inbox@navyfederal.org Apr 03 2019 23:42:08      Navy Federal Credit Union,
                 Attn: Bankruptcy,   Po Box 3000,   Merrifield, VA 22119-3000
518007223        E-mail/PDF: cbp@onemainfinancial.com Apr 03 2019 23:45:12     ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517972879       +E-mail/PDF: cbp@onemainfinancial.com Apr 03 2019 23:45:47     One Main Financial,   PO Box 64,
                 Evansville, IN 47701-0064
517972880       +E-mail/PDF: cbp@onemainfinancial.com Apr 03 2019 23:45:11     OneMain Financial,
                 Attn: Bankruptcy,   601 Nw 2nd Street,   Evansville, IN 47708-1013
517972881       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:55     PC Richard/Synchrony Bank,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518130694        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:45:30
                 Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                 Norfolk VA 23541
518135476        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:46:09
                 Portfolio Recovery Associates, LLC,   c/o Juniper,   POB 41067,   Norfolk VA 23541
518138630        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:46:50
                 Portfolio Recovery Associates, LLC,   c/o PC Richards,   POB 41067,   Norfolk VA 23541
518130696        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:57:11
                 Portfolio Recovery Associates, LLC,   c/o Pep Boys,   POB 41067,   Norfolk VA 23541
518135466        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:57:23
                 Portfolio Recovery Associates, LLC,   c/o Synchrony Bank/Evine Live,   POB 41067,
                 Norfolk VA 23541
517972890       +E-mail/Text: bncnotices@stengerlaw.com Apr 03 2019 23:40:13      Stenger & Stenger,
                 2618 East Paris venue SE,   Grand Rapids, MI 49546-2458
517974751       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:18     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518145097       +E-mail/Text: bncmail@w-legal.com Apr 03 2019 23:41:23     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Sherlene   Jones nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Debtor Jerome   Jones nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Joint Debtor Sherlene   Jones nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sarah J. Crouch    on behalf of Debtor Jerome   Jones nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```