B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### DISTRICT OF NEW JERSEY

In Re:                                                                    Case No.  1911004
JEROME JONES

SHERLENE JONES


### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                         ONEMAIN
---------------------------------------------              ---------------------------------------------
Name of Transferee                                         Name of Transferor


Name and Address where notices to transferee              Court Claim # (if known): 1
should be sent:                                            Amount of Claim: $3,353.70
Portfolio Recovery Associates, LLC                        Date Claim Filed: 02/01/2019
POB 41067
Norfolk, VA 23541


Phone: (877)829-8298                                      Phone:
Last Four Digits of Acct # :  2456                        Last Four Digits of Acct #: 2456

Name and Address where transferee payments                Seller Information
Should be sent (if different from above)                  ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                        100 International Drive
POB 12914                                                 Baltimore MD 21202
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 2456


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jennifer Price                                   Date: 5/7/2019
---------------------------------------------
      Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONMAIN DIRECT AUTO RECEIVABLE TRUST 2017-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVALBES TRUST 2018-1, a Delaware statutory trust; and ONEMAIN FINACIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust ("OneMain") has entered into that certain Account Purchase and Sale Agreement dated April 11, 2019, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ██████████████  ███████

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 19th day of April, 2019.

## ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

SELLERS:  ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves  and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONMAIN DIRECT AUTO RECEIVABLE TRUST 2017-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVALBES TRUST 2018-1, a Delaware statutory trust; and ONEMAIN FINACIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

By: _____

Name: J. Scott Bailer

Title:  Vice President, Sr. Managing Director


ONEMAIN FINANCIAL (HI), INC. a Hawaii
corporation

By: _____

Name: J. Scott Bailer

Title:  Vice President, Sr. Managing Director


ONEMAIN FINANCIAL, INC., (WV), a West
Virginia corporation

By: _____

Name: J. Scott Bailer

Title:  Vice President, Sr. Managing Director


ONEMAIN FINANCIAL OF MINNESOTA,
INC., a Minnesota corporation

By: _____

Name:  J. Scott Bailer

Title:  Vice President, Sr. Managing Director


BUYER:  PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

By: _____

Name:  Naomi Muellner

Title:  Authorized Signer