UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J. Fitzpatrick, Esq./JF7028
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Jerome Jones and Sherlene Jones

Case No.: 19-11004
Chapter: 13
Adv. No.:
Hearing Date: 06/25/2019
Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Jerome & Sherlene Jones__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____May 14, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 14, 2019

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerome Jones<br>Sherlene Jones<br>35 Bernath Street<br>Carteret, NJ 07008 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for Bayview Loan Servicing | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>PRA Receivables Mgmt LLC | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Onemain<br>PO Box 3251<br>Evansville, IN 47731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citimortgage Inc<br>PO Box 6030<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See attached creditors list | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**Citimortgage, Inc.**  
P O Box 6030  
Sioux Falls, SD 57117-6030  
(518068162)  
(cr)

**Amazon/Synchrony Bank**  
Attn: Bankruptcy Dept  
Po Box 965060  
Orlando, FL 32896  
(517972860)  
(cr)

**Ashley Funding Services, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587  
(518134075)  
(cr)

**Barclays Bank Delaware**  
Attn: Correspondence  
Po Box 8801  
Wilmington, DE 19899  
(517972861)  
(cr)

**Bayview Financial Loan**  
Attn: Bankruptcy Dept  
4425 Ponce De Leon Blvd. 5th Floor  
Coral Gables, FL 33146  
(517972862)  
(cr)

**Bayview Loan Servicing, LLC**  
4425 Ponce de Leon Blvd, 5th Floor  
Coral Gables, FL 33146  
(518066261)  
(cr)

**Capital One**  
Attn: Bankruptcy  
Po Box 30285  
Salt Lake City, UT 84130  
(517972863)  
(cr)

**Capital One Bank (USA), N.A.**  
4515 N Santa Fe Ave  
Oklahoma City, OK 73118  
(518044996)  
(cr)

**Central Credit Services LLC**  
9550 Regency Square Blvd  
Suite 500A  
Jacksonville, FL 32225  
(517972864)  
(cr)

**Chase Bank USA, N.A.**  
c/o Robertson, Anschutz & Schneid, P.L.  
6409 Congress Avenue, Suite 100  
Boca Raton, FL 33487  
(518059688)  
(cr)

**Chase Card Services/Amazon**  
(517972865)

Correspondence Dept  
Po Box 15298  
Wilmington, DE 19850  
(cr)

**Citibank, N.A.**  
Citibank, N.A.  
701 East 60th Street North  
Sioux Falls, SD 57117  
(518140504)  
(cr)

**Citimortgage**  
Attn: Cenlar FSB  
425 Phillips Blvd  
Ewing, NJ 08618  
(517972866)  
(cr)

**Department Stores National Bank**  
c/o Quantum3 Group LLC  
PO Box 657  
Kirkland, WA 98083-0657  
(518142887)  
(cr)

**Eastern Dental of Woodbridge**  
1030 St. Georges Avenue  
Avenel, NJ 07001  
(517972867)  
(cr)

**EGS Financial Care Inc**  
PO Box 1020  
Department 806  
Horsham, PA 19044  
(517972868)  
(cr)

**Emergency Phy Assoc of North Jersey PC**  
1 Riverview Plaza  
Red Bank, NJ 07701  
(517972869)  
(cr)

**Emergency Physician Associate North Jersey**  
PO Box 1123  
Minneapolis MN 55440-1123  
(518053234)  
(cr)

**Evine / Synchrony Bank**  
PO Box 960009  
Orlando, FL 32896  
(517972870)  
(cr)

**Evine/Shop NBC/Synchrony Bank**  
Attn: Bankruptcy Dept  
Po Box 965060  
Orlando, FL 32896  
(517972871)  
(cr)

**EZ Pass Violation Processing Center**  
PO Box 4971  
Trenton, NJ 08650  
(517972872)  
(cr)

**Higher Education Student Assistance Auth**  
Hesaa Servicing/Attn: Bankruptcy  
Po Box 548  
Trenton, NJ 08625  
(517972873)  
(cr)

**Lab Corp Holdings**  
Laboratory Corp of America Holdings  
PO Box 2240  
Burlington, NC 27216  
(517972874)  
(cr)

Linebarger Goggan Blair & Sampson LLP
Attorneys At Law                                    (517972875)
61 Broadway, Suite 2600                             (cr)
New York, NY 10006

LVNV Funding LLC                                    (518030904)
PO Box 10587                                        (cr)
Greenville, SC 29603-0587

Macys/Visa Dept Store National Bank
Attn: Bankruptcy                                    (517972876)
Po Box 8053                                         (cr)
Mason, OH 45040

Navy FCU
Attn: Bankruptcy                                    (517972877)
Po Box 3000                                         (cr)
Merrifield, VA 22119

Navy Federal Credit Union
Attn: Bankruptcy                                    (517972878)
Po Box 3000                                         (cr)
Merrifield, VA 22119

One Main Financial                                  (517972879)
PO Box 64                                           (cr)
Evansville, IN 47701

ONEMAIN                                             (518007223)
PO BOX 3251                                         (cr)
EVANSVILLE, IN. 47731-3251

OneMain Financial
Attn: Bankruptcy                                    (517972880)
601 Nw 2nd Street                                   (cr)
Evansville, IN 47708

PC Richard/Synchrony Bank
Attn: Bankruptcy Dept                               (517972881)
Po Box 965060                                       (cr)
Orlando, FL 32896

Pep Boys/Car Care/Syncb
Attn: Bankruptcy                                    (517972882)
Po Box 965060                                       (cr)
Orlando, FL 32896

Port Authority of NY and NJ
Violations Processing Center                        (517972883)
PO Box 15186                                        (cr)
Albany, NY 12212

Portfolio Recovery Associates, LLC                  (518239147)
PO Box 41067                                        (cr)
Norfolk, VA 23541
Portfolio Recovery Associates, LLC

PO Box 41067
Norfolk, VA 23541

**Portfolio Recovery Associates, LLC**
c/o PC Richards
POB 41067
Norfolk VA 23541

(518138630)
(cr)

**Portfolio Recovery Associates, LLC**
c/o Amazon.com Store Card
POB 41067
Norfolk VA 23541

(518130694)
(cr)

**Portfolio Recovery Associates, LLC**
c/o Juniper
POB 41067
Norfolk VA 23541

(518135476)
(cr)

**Portfolio Recovery Associates, LLC**
c/o Synchrony Bank/Evine Live
POB 41067
Norfolk VA 23541

(518135466)
(cr)

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

(518239146)
(cr)

**Portfolio Recovery Associates, LLC**
c/o Pep Boys
POB 41067
Norfolk VA 23541

(518130696)
(cr)

**Professional Account Management LLC**
PO Box 1642
Milwaukee, WI 53201

(517972884)
(cr)

**Radadvantage/CMRE Financial Services**
Attn: Bankruptcy
3075 E Imperial Hwy Ste 200
Brea, CA 92811

(517972885)
(cr)

**Radius Global Solutions**
50 W Skippack Pike
Ambler, PA 19002

(517972886)
(cr)

**Radius Global Solutions**
PO Box 390916
Minneapolis, MN 55439

(517972887)
(cr)

**Rahway Emergency Medical Associates**
PO Box 417442
Boston, MA 02241

(517972888)
(cr)

**Remix**
307 Wall Street
Princeton, NJ 08540

(517972889)
(cr)

**Stenger & Stenger**

(517972890)

2618 East Paris venue SE  
Grand Rapids, MI 49546

(cr)

**Synchrony Bank**  
c/o of PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541

(517974751)  
(ntcapr)

**TD Bank**  
c/o Financial & Retail Services  
PO Box 9475  
Minneapolis, MN 55440

(517972891)  
(cr)

**TD Bank USA, N.A.**  
C O WEINSTEIN & RILEY, PS  
2001 WESTERN AVENUE, STE 400  
SEATTLE, WA 98121

(518145097)  
(cr)

**The Home Depot/Citibank**  
Attn: Recovery/Centralized Bankruptcy  
Po Box 790034  
St Louis, MO 63179

(517972892)  
(cr)

**Tnb-Visa (TV) / Target**  
C/O Financial & Retail Services  
Mailstop BV PO Box 9475  
Minneapolis, MN 55440

(517972893)  
(cr)

**Universal Radiology Group PC**  
PO Box 1075  
East Brunswick, NJ 08816

(517972894)  
(cr)

**Wells Fargo Bank, N.A.**  
PO Box 10438, MAC F8235-02F  
Des Moines, IA 50306-0438

(518040666)  
(cr)

**Wells Fargo Jewelry Advantage**  
Attn: Bankruptcy  
Po Box 10438  
Des Moines, IA 50306

(517972895)  
(cr)