**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Jerome Jones  
Sherlene Jones  

Debtor(s)

Case No.: 19-11004  
Judge: Kaplan

### Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: 05/10/2019  
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____    Initial Debtor: _____    Initial Co-Debtor: S.J

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __449.00__ per __month__ to the Chapter 13 Trustee, starting on __April 2019__ for approximately __22__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

$340.00 to date
$449.00 x 22 months
$170.00 X 36 months - upon expiration of foster subsidy

**Part 2:    Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,250.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

### Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Bayview Home Loans
CitiMortgage
Home Loan Investment
Navy FCU (2017 Honda Accord)

**g. Secured Claims to be Paid in Full Through the Plan:** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Wells Fargo | Purchase made at Home Recreation | $5,502.91 |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Higher Education Student Assistant/HESAA | Non-Dischargable Student Loan Dent | To be Paid Outside the Plan | $751.00 Billed Monthly |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

## Part 7: Motions ☒ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

    **a. Vesting of Property of the Estate**

        ☒   Upon confirmation

        ☐   Upon discharge

    **b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages (If any)   5) Priority Claims   6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 04/01/2019

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Amended to include NAVY FCU under secured unaffected. Order of distribution amended to include lease arrearages (if any). | Amended to include NAVY FCU under secured unaffected. Order of distribution amended to include lease arrearages (if any). |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☐ No

## Part 10:   Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 5/11/19 _____ Debtor

Date: 5-11-19 _____ Joint Debtor

Date: 5/11/19 _____ Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 19-11004-MBK
Jerome Jones                                                        Chapter 13
Sherlene Jones
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: May 13, 2019
                               Form ID: pdf901              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db/jdb         +Jerome Jones,    Sherlene Jones,    35 Bernath Street,    Carteret, NJ 07008-1654
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517972861      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517972864      +Central Credit Services LLC,    9550 Regency Square Blvd,    Suite 500A,
                 Jacksonville, FL 32225-8169
518059688      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517972865      +Chase Card Services/Amazon,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
518140504      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517972866      +Citimortgage,    Attn: Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518068162       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
518142887       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517972872      +EZ Pass Violation Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
517972867      +Eastern Dental of Woodbridge,    1030 St. Georges Avenue,    Avenel, NJ 07001-1327
517972869      +Emergency Phy Assoc of North Jersey PC,    1 Riverview Plaza,    Red Bank, NJ 07701-1864
518053234       Emergency Physician Associate North Jersey,    PO Box 1123,    Minneapolis MN 55440-1123
517972873      +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
                 Trenton, NJ 08625-0548
517972874      +Lab Corp Holdings,    Laboratory Corp of America Holdings,    PO Box 2240,
                 Burlington, NC 27216-2240
517972875      +Linebarger Goggan Blair & Sampson LLP,    Attorneys At Law,    61 Broadway, Suite 2600,
                 New York, NY 10006-2840
517972876      +Macys/Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517972882      +Pep Boys/Car Care/Syncb,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517972883      +Port Authority of NY and NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY 12212-5186
517972884      +Professional Account Management LLC,    PO Box 1642,    Milwaukee, WI 53201-1642
517972885      +Radadvantage/CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy Ste 200,
                 Brea, CA 92821-6753
517972886      +Radius Global Solutions,    50 W Skippack Pike,    Ambler, PA 19002-5151
517972887      +Radius Global Solutions,    PO Box 390916,    Minneapolis, MN 55439-0911
517972888      +Rahway Emergency Medical Associates,    PO Box 417442,    Boston, MA 02241-7442
517972889      +Remix,    307 Wall Street,    Princeton, NJ 08540-1515
517972891      +TD Bank,    c/o Financial & Retail Services,    PO Box 9475,    Minneapolis, MN 55440-9475
517972892      +The Home Depot/Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517972893      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
517972894      +Universal Radiology Group PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
518040666       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517972895      +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:54      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517972860      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:31      Amazon/Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518134075       E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2019 00:08:50
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517972862      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 14 2019 00:05:19
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518066261       E-mail/Text: bkmailbayview@bayviewloanservicing.com May 14 2019 00:05:19
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517972863      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:40      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518044996      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 14 2019 00:09:35
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517972868      +E-mail/Text: egssupportservices@alorica.com May 14 2019 00:05:04      EGS Financial Care Inc,
                 PO Box 1020,    Department 806,    Horsham, PA 19044-8020
517972870      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:55      Evine / Synchrony Bank,
                 PO Box 960009,    Orlando, FL 32896-0009
517972871      +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:09:56      Evine/Shop NBC/Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518030904       E-mail/PDF: resurgentbknotifications@resurgent.com May 14 2019 00:09:34      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: May 13, 2019
                              Form ID: pdf901          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517972877         +E-mail/Text: ext_ebn_inbox@navyfederal.org May 14 2019 00:05:50      Navy FCU,
                   Attn: Bankruptcy,    Po Box 3000,   Merrifield, VA 22119-3000
517972878         +E-mail/Text: ext_ebn_inbox@navyfederal.org May 14 2019 00:05:50      Navy Federal Credit Union,
                   Attn: Bankruptcy,    Po Box 3000,   Merrifield, VA 22119-3000
518007223          E-mail/PDF: cbp@onemainfinancial.com May 14 2019 00:08:24      ONEMAIN,   PO BOX 3251,
                   EVANSVILLE, IN. 47731-3251
517972879         +E-mail/PDF: cbp@onemainfinancial.com May 14 2019 00:08:24      One Main Financial,   PO Box 64,
                   Evansville, IN 47701-0064
517972880         +E-mail/PDF: cbp@onemainfinancial.com May 14 2019 00:08:24      OneMain Financial,
                   Attn: Bankruptcy,    601 Nw 2nd Street,   Evansville, IN 47708-1013
517972881         +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:31      PC Richard/Synchrony Bank,
                   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518239146          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:10:08
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518239147          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:20:54
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518130694          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:09:26
                   Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,   POB 41067,
                   Norfolk VA 23541
518135476          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:08:44
                   Portfolio Recovery Associates, LLC,    c/o Juniper,   POB 41067,   Norfolk VA 23541
518138630          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:09:28
                   Portfolio Recovery Associates, LLC,    c/o PC Richards,   POB 41067,   Norfolk VA 23541
518130696          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:08:45
                   Portfolio Recovery Associates, LLC,    c/o Pep Boys,   POB 41067,   Norfolk VA 23541
518135466          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 14 2019 00:09:26
                   Portfolio Recovery Associates, LLC,    c/o Synchrony Bank/Evine Live,   POB 41067,
                   Norfolk VA 23541
517972890         +E-mail/Text: bncnotices@stengerlaw.com May 14 2019 00:03:48      Stenger & Stenger,
                   2618 East Paris venue SE,   Grand Rapids, MI 49546-2458
517974751         +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:31      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518145097         +E-mail/Text: bncmail@w-legal.com May 14 2019 00:05:03      TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2019 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Joint Debtor Sherlene    Jones nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              James J. Fitzpatrick    on behalf of Debtor Jerome    Jones nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Sherlene    Jones nickfitz.law@gmail.com
              Nicholas  Fitzgerald    on behalf of Debtor Jerome    Jones nickfitz.law@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Sarah J. Crouch    on behalf of Joint Debtor Sherlene    Jones nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: May 13, 2019
                              Form ID: pdf901          Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah J. Crouch    on behalf of Debtor Jerome   Jones nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 11
```