UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James J. Fitzpatrick, Esq.,/7028
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 19-11004

Chapter: 13

In Re:

Jerome Jones and Sherlene Jones

Adv. No.:

Hearing Date: 06/25/2019

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Jerome & Sherlene Jones__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __May 20, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and Notice of Modification of Chapter 13 Plan Prior to Confirmation; Fixing Times to Reject Plan, Combined with Notice Thereof

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 20, 2019

Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerome Jones<br>Sherlene Jones<br>35 Bernath Street<br>Carteret, NJ 07008 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CitiMortgage Inc<br>PO Box 6030<br>Soux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Citimortgage, Inc.**
P O Box 6030
Sioux Falls, SD 57117-6030

(518068162)
(cr)

**Amazon/Synchrony Bank**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

(517972860)
(cr)

**Ashley Funding Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(518134075)
(cr)

**Barclays Bank Delaware**
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

(517972861)
(cr)

**Bayview Financial Loan**
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

(517972862)
(cr)

**Bayview Loan Servicing, LLC**
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146

(518066261)
(cr)

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

(517972863)
(cr)

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

(518044996)
(cr)

**Central Credit Services LLC**
9550 Regency Square Blvd
Suite 500A
Jacksonville, FL 32225

(517972864)
(cr)

**Chase Bank USA, N.A.**
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

(518059688)
(cr)

**Chase Card Services/Amazon**

(517972865)

Correspondence Dept
Po Box 15298
Wilmington, DE 19850

(cr)

**Citibank, N.A.**
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

(518140504)
(cr)

**Citimortgage**
Attn: Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618

(517972866)
(cr)

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

(518142887)
(cr)

**Eastern Dental of Woodbridge**
1030 St. Georges Avenue
Avenel, NJ 07001

(517972867)
(cr)

**EGS Financial Care Inc**
PO Box 1020
Department 806
Horsham, PA 19044

(517972868)
(cr)

**Emergency Phy Assoc of North Jersey PC**
1 Riverview Plaza
Red Bank, NJ 07701

(517972869)
(cr)

**Emergency Physician Associate North Jersey**
PO Box 1123
Minneapolis MN 55440-1123

(518053234)
(cr)

**Evine / Synchrony Bank**
PO Box 960009
Orlando, FL 32896

(517972870)
(cr)

**Evine/Shop NBC/Synchrony Bank**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

(517972871)
(cr)

**EZ Pass Violation Processing Center**
PO Box 4971
Trenton, NJ 08650

(517972872)
(cr)

**Higher Education Student Assistance Auth**
Hesaa Servicing/Attn: Bankruptcy
Po Box 548
Trenton, NJ 08625

(517972873)
(cr)

**Lab Corp Holdings**
Laboratory Corp of America Holdings
PO Box 2240
Burlington, NC 27216

(517972874)
(cr)

| | |
|---|---|
| Linebarger Goggan Blair & Sampson LLP<br>Attorneys At Law<br>61 Broadway, Suite 2600<br>New York, NY 10006 | (517972875)<br>(cr) |
| LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (518030904)<br>(cr) |
| Macys/Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | (517972876)<br>(cr) |
| Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119 | (517972877)<br>(cr) |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119 | (517972878)<br>(cr) |
| NJ Class<br>POB 548<br>Trenton, NJ 08625 | (518247487)<br>(cr) |
| One Main Financial<br>PO Box 64<br>Evansville, IN 47701 | (517972879)<br>(cr) |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE, IN. 47731-3251 | (518007223)<br>(cr) |
| OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708 | (517972880)<br>(cr) |
| PC Richard/Synchrony Bank<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896 | (517972881)<br>(cr) |
| Pep Boys/Car Care/Syncb<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | (517972882)<br>(cr) |
| Port Authority of NY and NJ<br>Violations Processing Center<br>PO Box 15186<br>Albany, NY 12212 | (517972883)<br>(cr) |
| Portfolio Recovery Associates, LLC<br>PO Box 41067 | (518239146)<br>(cr) |

Norfolk, VA 23541

| | |
|---|---|
| **Portfolio Recovery Associates, LLC**<br>c/o PC Richards<br>POB 41067<br>Norfolk VA 23541 | (518138630)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>c/o Juniper<br>POB 41067<br>Norfolk VA 23541 | (518135476)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>c/o Amazon.com Store Card<br>POB 41067<br>Norfolk VA 23541 | (518130694)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>c/o Synchrony Bank/Evine Live<br>POB 41067<br>Norfolk VA 23541 | (518135466)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>c/o Pep Boys<br>POB 41067<br>Norfolk VA 23541 | (518130696)<br>(cr) |
| **Portfolio Recovery Associates, LLC**<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (518239147)<br>(cr) |
| **Professional Account Management LLC**<br>PO Box 1642<br>Milwaukee, WI 53201 | (517972884)<br>(cr) |
| **Radadvantage/CMRE Financial Services**<br>Attn: Bankruptcy<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92811 | (517972885)<br>(cr) |
| **Radius Global Solutions**<br>50 W Skippack Pike<br>Ambler, PA 19002 | (517972886)<br>(cr) |
| **Radius Global Solutions**<br>PO Box 390916<br>Minneapolis, MN 55439 | (517972887)<br>(cr) |
| **Rahway Emergency Medical Associates**<br>PO Box 417442<br>Boston, MA 02241 | (517972888)<br>(cr) |
| **Remix**<br>307 Wall Street<br>Princeton, NJ 08540 | (517972889)<br>(cr) |

**Stenger & Stenger**  
2618 East Paris venue SE  
Grand Rapids, MI 49546  
(517972890)  
(cr)

**Synchrony Bank**  
c/o of PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541  
(517974751)  
(ntcapr)

**TD Bank**  
c/o Financial & Retail Services  
PO Box 9475  
Minneapolis, MN 55440  
(517972891)  
(cr)

**TD Bank USA, N.A.**  
C O WEINSTEIN & RILEY, PS  
2001 WESTERN AVENUE, STE 400  
SEATTLE, WA 98121  
(518145097)  
(cr)

**The Home Depot/Citibank**  
Attn: Recovery/Centralized Bankruptcy  
Po Box 790034  
St Louis, MO 63179  
(517972892)  
(cr)

**Tnb-Visa (TV) / Target**  
C/O Financial & Retail Services  
Mailstop BV PO Box 9475  
Minneapolis, MN 55440  
(517972893)  
(cr)

**Universal Radiology Group PC**  
PO Box 1075  
East Brunswick, NJ 08816  
(517972894)  
(cr)

**Wells Fargo Bank, N.A.**  
PO Box 10438, MAC F8235-02F  
Des Moines, IA 50306-0438  
(518040666)  
(cr)

**Wells Fargo Jewelry Advantage**  
Attn: Bankruptcy  
Po Box 10438  
Des Moines, IA 50306  
(517972895)  
(cr)