| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>James J. Fitzpatrick, Esq.,/JF7028<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>(201) 533-1100<br>nickfitz.law@gmail.com<br><br>In Re:<br>Jerome Jones and Sherlene Jones | Case No.: 19-11004<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: 06/25/2019<br>Judge: Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __James J. Fitzpatrick, Esq.__, who represents __Jerome & Sherlene Jones__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 30, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Chapter 13 Plan Transmittal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __May 30, 2019__

Signature: _(signed)_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerome Jones<br>Sherlene Jones<br>35 Bernath Street<br>Carteret, NJ 07008 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navy FCU<br>Bankruptcy Department<br>Attn: CEO, Agent, Managing Partner or Person Designated to Accept service<br>Po Box 3000<br>Merrifield, VA 22119 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |