UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

James J. Fitzpatrick, Esq.,/JF7028
Fitzgerald & Crouch PC
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Jerome Jones and Sherlene Jones

Case No.:     19-11004
Chapter:      13
Hearing Date:
Judge:        Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Notice of Chapter 13 Plan Transmittal (Docket #31)

Date: June 21, 2019

Signature

*rev.8/1/15*