UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sarah J. Crouch, Esq.,/SC1174
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:
    Jerome Jones & Sherlene Jones

Case No.: 19-11004
Chapter: 13
Adv. No.:
Hearing Date: 09/17/2019
Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Sarah J. Crouch, Esq.__, who represents __Jerome & Sherlene Jones__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __July 16, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Modified Chapter 13 Plan Before Confirmation and Notice of Confirmation Hearing on Modified Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 16, 2019

_/s/ Signature_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerome Jones<br>Sherlene Jones<br>35 Bernath Street<br>Carteret, NJ 07008 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CitiMortgage<br>PO Box 6030<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# Creditors

**Citimortgage, Inc.**  
P O Box 6030  
Sioux Falls, SD 57117-6030  
(518068162)  
(cr)

**Amazon/Synchrony Bank**  
Attn: Bankruptcy Dept  
Po Box 965060  
Orlando, FL 32896  
(517972860)  
(cr)

**Ashley Funding Services, LLC**  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587  
(518134075)  
(cr)

**Barclays Bank Delaware**  
Attn: Correspondence  
Po Box 8801  
Wilmington, DE 19899  
(517972861)  
(cr)

**Bayview Financial Loan**  
Attn: Bankruptcy Dept  
4425 Ponce De Leon Blvd. 5th Floor  
Coral Gables, FL 33146  
(517972862)  
(cr)

**Bayview Loan Servicing, LLC**  
4425 Ponce de Leon Blvd, 5th Floor  
Coral Gables, FL 33146  
(518066261)  
(cr)

**Capital One**  
Attn: Bankruptcy  
Po Box 30285  
Salt Lake City, UT 84130  
(517972863)  
(cr)

**Capital One Bank (USA), N.A.**  
4515 N Santa Fe Ave  
Oklahoma City, OK 73118  
(518044996)  
(cr)

**Central Credit Services LLC**  
9550 Regency Square Blvd  
Suite 500A  
Jacksonville, FL 32225  
(517972864)  
(cr)

**Chase Bank USA, N.A.**  
c/o Robertson, Anschutz & Schneid, P.L.  
6409 Congress Avenue, Suite 100  
Boca Raton, FL 33487  
(518059688)  
(cr)

**Chase Card Services/Amazon**  
(517972865)

Correspondence Dept
Po Box 15298
Wilmington, DE 19850

(cr)

**Citibank, N.A.**
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

(518140504)
(cr)

**Citimortgage**
Attn: Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618

(517972866)
(cr)

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

(518142887)
(cr)

**Eastern Dental of Woodbridge**
1030 St. Georges Avenue
Avenel, NJ 07001

(517972867)
(cr)

**EGS Financial Care Inc**
PO Box 1020
Department 806
Horsham, PA 19044

(517972868)
(cr)

**Emergency Phy Assoc of North Jersey PC**
1 Riverview Plaza
Red Bank, NJ 07701

(517972869)
(cr)

**Emergency Physician Associate North Jersey**
PO Box 1123
Minneapolis MN 55440-1123

(518053234)
(cr)

**Evine / Synchrony Bank**
PO Box 960009
Orlando, FL 32896

(517972870)
(cr)

**Evine/Shop NBC/Synchrony Bank**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

(517972871)
(cr)

**EZ Pass Violation Processing Center**
PO Box 4971
Trenton, NJ 08650

(517972872)
(cr)

**Higher Education Student Assistance Auth**
Hesaa Servicing/Attn: Bankruptcy
Po Box 548
Trenton, NJ 08625

(517972873)
(cr)

**Lab Corp Holdings**
Laboratory Corp of America Holdings
PO Box 2240
Burlington, NC 27216

(517972874)
(cr)

Linebarger Goggan Blair & Sampson LLP  
Attorneys At Law  
61 Broadway, Suite 2600  
New York, NY 10006  

(517972875)  
(cr)  

LVNV Funding LLC  
PO Box 10587  
Greenville, SC 29603-0587  

(518030904)  
(cr)  

Macys/Visa Dept Store National Bank  
Attn: Bankruptcy  
Po Box 8053  
Mason, OH 45040  

(517972876)  
(cr)  

Navy FCU  
Attn: Bankruptcy  
Po Box 3000  
Merrifield, VA 22119  

(517972877)  
(cr)  

Navy Federal Credit Union  
Attn: Bankruptcy  
Po Box 3000  
Merrifield, VA 22119  

(517972878)  
(cr)  

NJ Class  
POB 548  
Trenton, NJ 08625  

(518247487)  
(cr)  

One Main Financial  
PO Box 64  
Evansville, IN 47701  

(517972879)  
(cr)  

ONEMAIN  
PO BOX 3251  
EVANSVILLE, IN. 47731-3251  

(518007223)  
(cr)  

OneMain Financial  
Attn: Bankruptcy  
601 Nw 2nd Street  
Evansville, IN 47708  

(517972880)  
(cr)  

PC Richard/Synchrony Bank  
Attn: Bankruptcy Dept  
Po Box 965060  
Orlando, FL 32896  

(517972881)  
(cr)  

Pep Boys/Car Care/Syncb  
Attn: Bankruptcy  
Po Box 965060  
Orlando, FL 32896  

(517972882)  
(cr)  

Port Authority of NY and NJ  
Violations Processing Center  
PO Box 15186  
Albany, NY 12212  

(517972883)  
(cr)  

Portfolio Recovery Associates, LLC  
PO Box 41067  

(518239146)  
(cr)

| | | |
|---|---|---|
| Norfolk, VA 23541 | | |
| **Portfolio Recovery Associates, LLC**<br>c/o PC Richards<br>POB 41067<br>Norfolk VA 23541 | (518138630)<br>(cr) | |
| **Portfolio Recovery Associates, LLC**<br>c/o Juniper<br>POB 41067<br>Norfolk VA 23541 | (518135476)<br>(cr) | |
| **Portfolio Recovery Associates, LLC**<br>c/o Amazon.com Store Card<br>POB 41067<br>Norfolk VA 23541 | (518130694)<br>(cr) | |
| **Portfolio Recovery Associates, LLC**<br>c/o Synchrony Bank/Evine Live<br>POB 41067<br>Norfolk VA 23541 | (518135466)<br>(cr) | |
| **Portfolio Recovery Associates, LLC**<br>c/o Pep Boys<br>POB 41067<br>Norfolk VA 23541 | (518130696)<br>(cr) | |
| **Portfolio Recovery Associates, LLC**<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (518239147)<br>(cr) | |
| **Professional Account Management LLC**<br>PO Box 1642<br>Milwaukee, WI 53201 | (517972884)<br>(cr) | |
| **Radadvantage/CMRE Financial Services**<br>Attn: Bankruptcy<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92811 | (517972885)<br>(cr) | |
| **Radius Global Solutions**<br>50 W Skippack Pike<br>Ambler, PA 19002 | (517972886)<br>(cr) | |
| **Radius Global Solutions**<br>PO Box 390916<br>Minneapolis, MN 55439 | (517972887)<br>(cr) | |
| **Rahway Emergency Medical Associates**<br>PO Box 417442<br>Boston, MA 02241 | (517972888)<br>(cr) | |
| **Remix**<br>307 Wall Street<br>Princeton, NJ 08540 | (517972889)<br>(cr) | |

| | |
|---|---|
| **Stenger & Stenger**<br>2618 East Paris venue SE<br>Grand Rapids, MI 49546 | (517972890)<br>(cr) |
| **Synchrony Bank**<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | (517974751)<br>(ntcapr) |
| **TD Bank**<br>c/o Financial & Retail Services<br>PO Box 9475<br>Minneapolis, MN 55440 | (517972891)<br>(cr) |
| **TD Bank USA, N.A.**<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | (518145097)<br>(cr) |
| **The Home Depot/Citibank**<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179 | (517972892)<br>(cr) |
| **Tnb-Visa (TV) / Target**<br>C/O Financial & Retail Services<br>Mailstop BV PO Box 9475<br>Minneapolis, MN 55440 | (517972893)<br>(cr) |
| **Universal Radiology Group PC**<br>PO Box 1075<br>East Brunswick, NJ 08816 | (517972894)<br>(cr) |
| **Wells Fargo Bank, N.A.**<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | (518040666)<br>(cr) |
| **Wells Fargo Jewelry Advantage**<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306 | (517972895)<br>(cr) |