B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of  NEW JERSEY _____

In re  Jerome Jones and Sherlene Jones  ,    Case No.  19-11004-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  |  |
|---|---|
| Community Loan Servicing, LLC | Bayview Loan Servicing, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Community Loan Servicing, LLC
   4425 Ponce De Leon Blvd., 5th Floor
   Coral Gable, FL 33146

Court Claim # (if known): 10-1
Amount of Claim:  $23,254.50
Date Claim Filed:  3/6/2019

Phone:  800-771-0299
Last Four Digits of Acct #:  9569

Phone:  800-771-0299
Last Four Digits of Acct. #:  9569

Name and Address where transferee payments should be sent (if different from above):
   Community Loan Servicing, LLC
   Attn: Cashiering Dept.
   4425 Ponce De Leon Blvd., 5th Floor
   Coral Gable, FL 33146

Phone:  800-771-0299
Last Four Digits of Acct #:  9569

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Josephine E Salmon*_____    Date:  10/14/2020
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "BAYVIEW LOAN SERVICING, LLC", CHANGING ITS NAME FROM "BAYVIEW LOAN SERVICING, LLC" TO "COMMUNITY LOAN SERVICING, LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF SEPTEMBER, A.D. 2020, AT 8:54 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TWENTY-EIGHTH DAY OF SEPTEMBER, A.D. 2020.



Jeffrey W. Bullock, Secretary of State



Authentication:
Date: 09-17-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: Bayview Loan Servicing, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

> Bayview Loan Servicing, LLC is changing its name to Community Loan Servicing, LLC effective September 28, 2020

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 29th day of July, A.D. 2020.

By: *Brian E. Bomstein* (DocuSigned by: 77E51620648D4B9...)
Authorized Person(s)

Name: Brian E. Bomstein
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:54 AM 09/16/2020
FILED 08:54 AM 09/16/2020