| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
Chapter 13 Case No. 19-11004 / MBK

Jerome Jones
Sherlene Jones

Petition Filed Date: 01/16/2019
341 Hearing Date: 02/14/2019
Confirmation Date: 09/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $466.00 | 65063780 | 02/19/2020 | $466.00 | 65716280 | 03/23/2020 | $466.00 | 66550330 |
| 04/13/2020 | $466.00 | 67070410 | 05/12/2020 | $466.00 | 67802700 | 06/17/2020 | $466.00 | 68717000 |
| 07/28/2020 | $466.00 | 69688950 | 08/14/2020 | $466.00 | 70113430 | 09/17/2020 | $466.00 | 70929870 |
| 10/15/2020 | $466.00 | 71582950 | 11/16/2020 | $466.00 | 72354560 | 12/17/2020 | $466.00 | 73142010 |
| 01/12/2021 | $466.00 | 73746160 | 02/17/2021 | $466.00 | 74588490 | | | |

**Total Receipts for the Period: $6,524.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,007.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerome Jones | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | NICHOLAS FITZGERALD, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $3,353.70 | $0.00 | $3,353.70 |
| 2 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $28,553.73 | $0.00 | $28,553.73 |
| 3 | LVNV FUNDING LLC<br>»» BENEFICIAL/LEVITZ | Unsecured Creditors | $2,360.28 | $0.00 | $2,360.28 |
| 4 | Wells Fargo Bank, NA<br>»» HOME RECREATION | Secured Creditors | $5,502.91 | $5,110.01 | $392.90 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $250.08 | $0.00 | $250.08 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,572.73 | $0.00 | $5,572.73 |
| 7 | NAVY FEDERAL CREDIT UNION<br>»» 2017 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS | Unsecured Creditors | $912.00 | $0.00 | $912.00 |
| 9 | CHASE BANK USA, N.A. | Unsecured Creditors | $2,686.71 | $0.00 | $2,686.71 |
| 10 | COMMUNITY LOAN SERVICING LLC<br>»» P/35 BERNATH ST/2ND MTG/BAYVIEW | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | US Bank Trust National Association<br>»» P/35 BERNATH ST/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $4,289.60 | $0.00 | $4,289.60 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PEP BOYS | Unsecured Creditors | $1,440.05 | $0.00 | $1,440.05 |

**Chapter 13 Case No. 19-11004 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $1,223.46 | $0.00 | $1,223.46 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/EVINE LIVE | Unsecured Creditors | $805.63 | $0.00 | $805.63 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS JUNIPER | Unsecured Creditors | $2,955.71 | $0.00 | $2,955.71 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARDS | Unsecured Creditors | $5,313.11 | $0.00 | $5,313.11 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT/CITIBANK | Unsecured Creditors | $8,489.66 | $0.00 | $8,489.66 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY*S | Unsecured Creditors | $1,085.31 | $0.00 | $1,085.31 |
| 20 | TD BANK USA NA | Unsecured Creditors | $4,161.42 | $0.00 | $4,161.42 |
| 21 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 22 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 23 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 24 | Wells Fargo Bank, NA<br>»»  HOME RECREATION | Unsecured Creditors | $184.64 | $0.00 | $184.64 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,007.00 | Plan Balance: | $16,310.00  ** |
| Paid to Claims: | $9,360.01 | Current Monthly Payment: | $466.00 |
| Paid to Trustee: | $771.85 | Arrearages: | $0.00 |
| Funds on Hand: | $875.14 | Total Plan Base: | $27,317.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**