| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-11004 / MBK**

Jerome Jones
Sherlene Jones

Petition Filed Date: 01/16/2019
341 Hearing Date: 02/14/2019
Confirmation Date: 09/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2021 | $466.00 | 73746160 | 02/17/2021 | $466.00 | 74588490 | 03/19/2021 | $466.00 | 75380960 |
| 04/26/2021 | $466.00 | 76216960 | 05/28/2021 | $466.00 | 76985550 | 06/10/2021 | $466.00 | 77341990 |
| 07/30/2021 | $466.00 | 78417210 | 08/16/2021 | $466.00 | 78821840 | 09/13/2021 | $466.00 | 79431070 |
| 10/21/2021 | $466.00 | 80275220 | 11/22/2021 | $466.00 | 80959750 | 12/28/2021 | $466.00 | 81657440 |
| 01/18/2022 | $466.00 | 82153240 | | | | | | |

**Total Receipts for the Period: $6,058.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,133.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerome Jones | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | NICHOLAS FITZGERALD, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $3,353.70 | $218.13 | $3,135.57 |
| 2 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $28,553.73 | $1,857.16 | $26,696.57 |
| 3 | LVNV FUNDING LLC<br>»»  BENEFICIAL/LEVITZ | Unsecured Creditors | $2,360.28 | $153.52 | $2,206.76 |
| 4 | Wells Fargo Bank, NA<br>»»  HOME RECREATION | Secured Creditors | $5,502.91 | $5,502.91 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $250.08 | $16.27 | $233.81 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,572.73 | $362.45 | $5,210.28 |
| 7 | NAVY FEDERAL CREDIT UNION<br>»»  2017 HONDA ACCORD | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | EMERGENCY PHYSICIANS ASSOCIATES N. JERS | Unsecured Creditors | $912.00 | $48.75 | $863.25 |
| 9 | CHASE BANK USA, N.A. | Unsecured Creditors | $2,686.71 | $174.75 | $2,511.96 |
| 10 | COMMUNITY LOAN SERVICING LLC<br>»»  P/35 BERNATH ST/2ND MTG/BAYVIEW | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | US Bank Trust National Association<br>»»  P/35 BERNATH ST/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $4,289.60 | $279.00 | $4,010.60 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PEP BOYS | Unsecured Creditors | $1,440.05 | $85.32 | $1,354.73 |

**Chapter 13 Case No. 19-11004 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $1,223.46 | $79.57 | $1,143.89 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/EVINE LIVE | Unsecured Creditors | $805.63 | $38.39 | $767.24 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS JUNIPER | Unsecured Creditors | $2,955.71 | $192.25 | $2,763.46 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARDS | Unsecured Creditors | $5,313.11 | $345.57 | $4,967.54 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT/CITIBANK | Unsecured Creditors | $8,489.66 | $552.17 | $7,937.49 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY*S | Unsecured Creditors | $1,085.31 | $58.01 | $1,027.30 |
| 20 | TD BANK USA NA | Unsecured Creditors | $4,161.42 | $270.65 | $3,890.77 |
| 21 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 22 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 23 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 24 | Wells Fargo Bank, NA<br>»»  HOME RECREATION | Unsecured Creditors | $184.64 | $0.00 | $184.64 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,133.00 | Plan Balance: | $11,184.00  ** |
| Paid to Claims: | $14,484.87 | Current Monthly Payment: | $466.00 |
| Paid to Trustee: | $1,163.75 | Arrearages: | $466.00 |
| Funds on Hand: | $484.38 | Total Plan Base: | $27,317.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

**View your case information online for** *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.