# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

IN RE:  CASE NO.: 19-11004
CHAPTER 13

Jerome Jones,
  and,
Sherlene Jones,
  Debtors.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Authorized Agent for Secured Creditor
> 130 Clinton Rd #202
> Fairfield, NJ 7004
> Telephone: 470-321-7112
>
> By: /s/Sindi Mncina
>    Sindi Mncina
>    Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JEROME JONES
35 BERNATH STREET
CARTERET, NJ 07008

SHERLENE JONES
35 BERNATH STREET
CARTERET, NJ 07008

And via electronic mail to:

NICHOLAS FITZGERALD
FITZGERALD AND ASSOCIATES
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr