UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Towd Point Mortgage Trust 2020-4, et al

In Re:

Jerome Jones & Sherlene Jones,

Debtors.

Case No.: 19-11004-MBK

Chapter: 13

Hearing Date: 11/09/2022

Judge: Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief re: 35 Bernath Street (Docket # 61)

_____

Date: 11/5/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*