UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
 By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor(s)

Order Filed on November 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jerome Jones & Sherlene Jones, Debtors

Case No.: 19-11004-MBK

Chapter: 13

Judge: M. B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 17, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Fitzgerald & Associates _____, the applicant, is allowed a fee of $ ___ 748.00 ___ for services rendered and expenses in the amount of $ ___ Zero ___ for a total of $ ___ 748.00 ___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ___ 498.00 ___ per month for ___ 25 ___ months to allow for payment of the above fee.

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-11004-MBK

Jerome Jones  Chapter 13

Sherlene Jones

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Nov 17, 2022     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerome Jones, Sherlene Jones, 35 Bernath Street, Carteret, NJ 07008-1654 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2020-4 U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 17, 2022 | Form ID: pdf903 | Total Noticed: 2

James J. Fitzpatrick
    on behalf of Joint Debtor Sherlene Jones nickfitz.law@gmail.com
    nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

James J. Fitzpatrick
    on behalf of Debtor Jerome Jones nickfitz.law@gmail.com
    nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY
    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Nicholas Fitzgerald
    on behalf of Joint Debtor Sherlene Jones fitz2law@gmail.com

Nicholas Fitzgerald
    on behalf of Debtor Jerome Jones fitz2law@gmail.com

Nicholas V. Rogers
    on behalf of Creditor CITIMORTGAGE  INC. nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12