UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Secured Creditor
Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee

**Order Filed on December 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Jerome Jones, Sherlene Jones

Debtors.

Case No.: 19-11004 MBK

Adv. No.:

Hearing Date: 11/09/22 @ 9:00 a.m.

Judge: Michael B. Kaplan

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 19, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors: Jerome Jones, Sherlene Jones
Case No: 19-11004 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 35 Bernath Street, Carteret, NJ, 07008, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Sarah J. Crouch, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 2, 2022 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2022 through November 2022 for a total post-petition default of $8,541.60 (5 @ $1,708.32); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $8,541.60 will be paid by Debtors remitting $1,423.60 for per month for six months in addition to the regular monthly mortgage payment, which additional payments shall begin on December 2022 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2022, directly to Secured Creditor's servicer, Select Portfolio Servicing, Inc. PO Box 65450, Salt Lake City, UT 84165-0450 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.