**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jerome Jones <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7290 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Sherlene Jones <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6295 <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number: 19–11004–MBK

# Order of Discharge                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Jerome Jones                                    Sherlene Jones

  <u>4/8/24</u>                                   **By the court:** <u>Michael B. Kaplan</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jerome Jones  
Sherlene Jones  
    Debtors

Case No. 19-11004-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5  
Date Rcvd: Apr 08, 2024     Form ID: 3180W     Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerome Jones, Sherlene Jones, 35 Bernath Street, Carteret, NJ 07008-1654 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | CITIMORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517972866 | + | Citimortgage, Attn: Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517972872 | + | EZ Pass Violation Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517972867 | + | Eastern Dental of Woodbridge, 1030 St. Georges Avenue, Avenel, NJ 07001-1327 |
| 517972869 | + | Emergency Phy Assoc of North Jersey PC, 1 Riverview Plaza, Red Bank, NJ 07701-1864 |
| 517972873 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518247487 | + | NJ Class, POB 548, Trenton, NJ 08625-0548 |
| 517972882 | + | Pep Boys/Car Care/Syncb, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517972883 | + | Port Authority of NY and NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 517972884 | + | Professional Account Management LLC, PO Box 1642, Milwaukee, WI 53201-1642 |
| 517972885 | + | Radadvantage/CMRE Financial Services, Attn: Bankruptcy, 3075 E Imperial Hwy Ste 200, Brea, CA 92821-6753 |
| 517972886 | + | Radius Global Solutions, 50 W Skippack Pike, Ambler, PA 19002-5151 |
| 517972888 | + | Rahway Emergency Medical Associates, PO Box 417442, Boston, MA 02241-7442 |
| 517972889 | + | Remix, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517974751 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517972894 | + | Universal Radiology Group PC, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 08 2024 20:48:00 | Nationstar Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517972860 | + | EDI: SYNC | Apr 09 2024 00:39:00 | Amazon/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518134075 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2024 21:00:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517972861 | + | EDI: TSYS2 | Apr 09 2024 00:39:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517972862 | + | EDI: LCIBAYLN | Apr 09 2024 00:39:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1837 |

Case 19-11004-MBK    Doc 77    Filed 04/10/24    Entered 04/11/24 00:13:11    Desc Imaged
                            Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 518066261 | + | EDI: LCIBAYLN | Apr 09 2024 00:39:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 517972863 | + | EDI: CAPITALONE.COM | Apr 09 2024 00:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518044996 | + | EDI: AIS.COM | Apr 09 2024 00:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517972864 | + | Email/Text: ngisupport@radiusgs.com | Apr 08 2024 20:48:00 | Central Credit Services LLC, 9550 Regency Square Blvd, Suite 500A, Jacksonville, FL 32225-8169 |
| 518059688 | + | Email/Text: RASEBN@raslg.com | Apr 08 2024 20:48:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518140504 | + | EDI: CITICORP | Apr 09 2024 00:39:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518068162 | | EDI: CITICORP | Apr 09 2024 00:39:00 | Citimortgage, Inc., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 518988416 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2024 20:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518988415 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2024 20:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1839 |
| 518142887 | | EDI: Q3G.COM | Apr 09 2024 00:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517972868 | + | Email/Text: egssupportservices@alorica.com | Apr 08 2024 20:49:00 | EGS Financial Care Inc, PO Box 1020, Department 806, Horsham, PA 19044-8020 |
| 518053234 | | Email/Text: BNCnotices@dcmservices.com | Apr 08 2024 20:48:00 | Emergency Physician Associate North Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517972870 | + | EDI: SYNC | Apr 09 2024 00:39:00 | Evine / Synchrony Bank, PO Box 960009, Orlando, FL 32896-0009 |
| 517972871 | + | EDI: SYNC | Apr 09 2024 00:39:00 | Evine/Shop NBC/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517972865 | | EDI: JPMORGANCHASE | Apr 09 2024 00:39:00 | Chase Card Services/Amazon, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517972874 | | Email/Text: govtaudits@labcorp.com | Apr 08 2024 20:48:00 | Lab Corp Holdings, Laboratory Corp of America Holdings, PO Box 2240, Burlington, NC 27216 |
| 518030904 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2024 21:00:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517972875 | + | Email/Text: NY-Bankruptcy@lgbs.com | Apr 08 2024 20:48:00 | Linebarger Goggan Blair & Sampson LLP, Attorneys At Law, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 517972876 | + | EDI: CITICORP | Apr 09 2024 00:39:00 | Macys/Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 519666833 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2024 20:48:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 |
| 519666834 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 08 2024 20:48:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept |

| | | | |
|---|---|---|---|
| Case 19-11004-MBK | Doc 77 | Filed 04/10/24 | Entered 04/11/24 00:13:11 Desc Imaged |
| | Certificate of Notice | Page 5 of 7 | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 08, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 517972877 | + EDI: NFCU.COM | Apr 09 2024 00:39:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 517972878 | + EDI: NFCU.COM | Apr 09 2024 00:39:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 518007223 | EDI: AGFINANCE.COM | Apr 09 2024 00:39:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517972879 | + EDI: AGFINANCE.COM | Apr 09 2024 00:39:00 | One Main Financial, PO Box 64, Evansville, IN 47701-0064 |
| 517972880 | + EDI: AGFINANCE.COM | Apr 09 2024 00:39:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517972881 | + EDI: SYNC | Apr 09 2024 00:39:00 | PC Richard/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518239146 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518239147 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518130694 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518135476 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 518138630 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o PC Richards, POB 41067, Norfolk VA 23541 |
| 518130696 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Pep Boys, POB 41067, Norfolk VA 23541 |
| 518135466 | EDI: PRA.COM | Apr 09 2024 00:39:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank/Evine Live, POB 41067, Norfolk VA 23541 |
| 517972887 | + Email/Text: ngisupport@radiusgs.com | Apr 08 2024 20:48:00 | Radius Global Solutions, PO Box 390916, Minneapolis, MN 55439-0911 |
| 517972890 | + Email/Text: bncnotices@stengerlaw.com | Apr 08 2024 20:48:00 | Stenger & Stenger, 2618 East Paris venue SE, Grand Rapids, MI 49546-2458 |
| 517972891 | + EDI: WTRRNBANK.COM | Apr 09 2024 00:39:00 | TD Bank, c/o Financial & Retail Services, PO Box 9475, Minneapolis, MN 55440-9475 |
| 518145097 | + Email/Text: bncmail@w-legal.com | Apr 08 2024 20:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517972892 | + EDI: CITICORP | Apr 09 2024 00:39:00 | The Home Depot/Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517972893 | + EDI: WTRRNBANK.COM | Apr 09 2024 00:39:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 518841636 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2024 20:49:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518841637 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2024 20:49:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as, Serviced by Select Portfolio Servicing, |
| 518040666 | EDI: WFFC2 | Apr 09 2024 00:39:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Apr 08, 2024 | Form ID: 3180W | Total Noticed: 69

| 517972895 | + EDI: WFFC2 | Apr 09 2024 00:39:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518709310 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709311 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee ajennings@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Fitzpatrick | on behalf of Joint Debtor Sherlene Jones jfitzpatrick@lsnj.org nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| James J. Fitzpatrick | on behalf of Debtor Jerome Jones jfitzpatrick@lsnj.org nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;fitz2law@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3     User: admin     Page 5 of 5
Date Rcvd: Apr 08, 2024     Form ID: 3180W     Total Noticed: 69

Nicholas Fitzgerald
    on behalf of Joint Debtor Sherlene Jones fitz2law@gmail.com nadiafinancial@gmail.com

Nicholas Fitzgerald
    on behalf of Debtor Jerome Jones fitz2law@gmail.com nadiafinancial@gmail.com

Nicholas V. Rogers
    on behalf of Creditor CITIMORTGAGE INC. nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13